TALBOTT *v.* THE STATE.—On Appeal.

INDICTMENT, found in the *Jefferson* Circuit Court in *March*, 1850. The offence charged is an assault and battery with intent to murder, and alleged to have been committed in *February*, 1850. Plea—not guilty. The cause was tried in said Court in *April*, 1850. Verdict, not guilty of the intent to murder, but guilty of the assault and battery. Judgment on the verdict.

This judgment is erroneous, the Court having no jurisdiction. Acts of 1849, p. 78.—*Nelson* v. *The State* (1),

May Term,
1851.

*Smith* v. *The State* (2), *The State* v. *Lackey, November* term, 1850 (3).

The judgment is reversed.   Cause remanded, &c.

*J. K. Troxell,* for the appellant.

*D. Wallace,* for the state.

